**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

KRISTEN MAGGI, ARIELLE WILBUR, LAURA YEATES, and MIRANDA ACKERMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

KIND PATCHES LIMITED,

Defendant.

Civil Action No. 1:26-cv-1466 (MAD/DJS)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS ONLY AND WITHOUT PREJUDICE AS TO THE CLASS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Kristen Maggi, Arielle Wilbur, Laura Yeates, and Miranda Ackerman ("Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss this action with prejudice as to Plaintiffs only, and without prejudice as to the proposed Class.

Dated: October 30, 2026

Respectfully submitted,

**KALIELGOLD PLLC**

By: */s/ Sophia G. Gold*

Sophia G. Gold (Bar Roll No. 701241)
sgold@kalielgold.com
490 43rd Street, No. 122
Oakland, California 94609
Tel: (202) 350-4783

Jeffrey D. Kaliel (Bar Roll No. 518372)
jkaliel@kalielpllc.com
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Tel: (202) 350-4783

*Attorneys for Plaintiffs and the Putative Classes*

IT IS SO ORDERED:

Mae A. D'Agostino
U.S. District Judge

Dated: November 3, 2026
Albany, NY